UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
```

Chana Bandman,

        Plaintiffs,

    v.

United Collection Bureau Inc

        Defendants,

```
-----------------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 20 2017 ★
BROOKLYN OFFICE

1:17-cv-01204-KAM-RML

### NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST DEFENDANT PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered the operative complaint nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York
       July 18, 2017

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*

So Ordered: /s/ KAM
Kiyo A. Matsumoto
U.S. District Judge
7/19/2017